**BETTINA SCHEIN**
ATTORNEY AT LAW
260 MADISON AVENUE 20TH FLOOR
NEW YORK, NEW YORK 10016

(212) 679-6605
FAX (212) 448-6273

Nov. 7, 2007

Via ECF
Honorable Thomas C. Platt
United States District Court Judge
Eastern District of New York
United States Courthouse
1044 Federal Plaza
Central Islip, New York 11722

Re: United States v. Patrick O'Sullivan   95 CR 392 (S-1)(TCP)

Dear Judge Platt:

    This letter is respectfully submitted to request a brief adjournment of the sentencing proceeding for Mr. O'Sullivan which is presently scheduled for Friday, November 9th at 9:30. Counsel requests an additional five days until November 15th in order to complete Mr. O'Sullivan's sentencing submission and file it with the Court. The reason for this request is that counsel received the government's supplemental sentencing submission yesterday, November 6th. Counsel could not complete our sentencing memorandum until we received the government's submission. In addition, the adjournment is requested because the sentencing date was tentatively scheduled for December 14th and counsel was notified of the advanced date on Monday, November 5th. If the instant request is granted, counsel will file all our sentencing submissions on Friday, November 9th.

    We thank the Court for its consideration.

Respectfully yours,

*Bettina Schein*

Bettina Schein

cc: AUSA Burton T. Ryan, Jr. (via ECF)
    Raymond G. Perini, Esq. (via ECF)
    James Neville, Esq. (via ECF)