## CRIMINAL CAUSE FOR SENTENCE

**DOCKET NUMBER**: 95CR 0392

**BEFORE JUDGE:** Thomas C. Platt   **DATE:** February 1, 2008   Time in Court ____ Hrs __48__ Mins


**DEFENDANT'S NAME**:   Patrick Bowler                               **Defendant #**
x      Present                           X      Custody      ❏      Not Custody

**DEFENSE COUNSEL**: Raymond Perini, James Neville, Betina Schein
❏      Federal Defender     ❏      CJA               x      Retained


**A.U.S.A.**:      Burton Ryan       **PROBATION OFFICER**:

**CASE MANAGER**:  K. McMorrow

**COURT REPORTER**: Stephanie Picozzi

**INTERPRETER**:                    **LANGUAGE:**


X      Sentencing non-evidentiary
❏      Sentencing Contested
❏      Sentence enhancement Phase           ❏      Motion Hearing Non Evidentiary
❏      Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?** ❏      YES      ❏      NO

**TEXT**

❏      The Rule 11 proceedings were referred to Magistrate Judge __. The Court reviewed the transcript prior to sentence and adopts the Report and Recommendation on the record. *(Motion terminated)*

**IMPRISONMENT:**
☒      The defendant is sentenced to:  __**150 months, with credit for time served**__
☒      To be followed by  __**5 years**__   Of supervised release.
❏      Special conditions of supervised release are as follows: _____
❏      As a special condition of supervised release if the defendant leaves the country either voluntarily or involuntarily and reenters illegally he/she will be deemed a violator thereof.
☒      The defendant is remanded to the custody of the US Marshal.
❏      The defendant shall surrender _____
☒      The court makes the following recommendation to the Bureau of Prisons: __
      The defendant be designated to serve his sentence at the FCI Terminal Island or FCI Taft, California. The defendant's sneakers, which include an orthopedic lift for a medical condition, should be kept with him at all times during the transfer process.


**PROBATION:**

- ☐ The defendant is sentenced to: _____
- ☐ Special conditions of probation: _____
- ☐ During the term of probation the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

- ☐ The defendant is ordered to pay a fine in the sum of:  $_____
- ☐ The fine is payable: _____
- ☐ The fine is waived based on the defendant's inability to pay.
- ☐ Restitution is ordered:
- ☒ Special assessment in imposed in the sum of:   $ 100.00
- ☒ The Govt. moves to dismiss the open counts after the appeal period has elapsed or after the appeal has returned from the USCA.  X  Motion Granted.   _ Motion denied.
- ☒ The defendant is advised of his right to appeal.