

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

PATRICK O'SULLIVAN, also
known as "BOWLER"

             Defendant.
- - - - - - - - - - - - - - - - X

Cr. No. 95-392

(Platt, J.)

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 9, 2003, this Court entered a Consent Order of Forfeiture (the "Consent Order") pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, and the agreement of defendant Patrick O'Sullivan (the "Defendant") in which he agreed to forfeit to the United States of America the sum of one hundred thousand dollars and no cents ($100,000.00) (the "Forfeiture Money Judgment"); and

WHEREAS, pursuant to the Consent Order, the Defendant paid the sum of one hundred thousand dollars ($100,000.00) and no cents to the United States Marshal's Service on or about October 7, 2003; and

WHEREAS, the Court finds that the Defendant had an interest in the above-described funds, which are forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2. of the Federal Rules of Criminal Procedure; and

2

WHEREAS, the Consent Order and such forfeiture shall made part of the sentence and included in the judgment of conviction.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent of all parties, that all right, title and interest to the sum of one hundred thousand dollars and no cents ($100,000.00) plus all interest accrued thereon (the "Forfeited Funds") is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall be made part of the sentence and included in the judgment of conviction of the Defendant; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, on consent of all parties, that the United States Marshals Service and all of its duly authorized agents and/or contractors are hereby authorized and directed to dispose of the Forfeited Funds in accordance with all laws and regulations; and

3

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five certified copies of this Order to the United States Attorney's Office, 610 Federal Plaza, 5th Fl., Central Islip, New York, Attn: Assistant U.S. Attorney Richard Lunger.

Dated: Central Islip, New York
October 27, 2004

_____
HONORABLE THOMAS C. PLATT
UNITED STATES DISTRICT JUDGE

A TRUE COPY
ATTEST,
DATED 11/2 20 06
ROBERT C. HEINEMANN
                    CLERK
BY_____
            DEPUTY CLERK